**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-2120

VALARIE PRICE,

                Plaintiff - Appellant,

        v.

FIRST STAR MORTGAGE, also known as US Bank; ANTHONY J.
CORCINI, Secretary, Department of Veterans Affairs; SAMUEL I.
WHITE,

                Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Rebecca Beach Smith, District
Judge.  (2:03-cv-00568-RBS)

Submitted:  September 25, 2008        Decided:  October 9, 2008

Before WILKINSON, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Valarie Price, Appellant Pro Se.  Jonathan L. Hauser, TROUTMAN &
SANDERS, LLP, Virginia Beach, Virginia; George Maralan Kelley, III,
Assistant United States Attorney, Norfolk, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Valarie Price appeals the district court's order imposing civil contempt and Fed. R. Civ. P. 11 sanctions on Price. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Price v. First Star Mortgage</u>, No. 2:03-cv-00568-RBS (E.D. Va. Aug. 16, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>